UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 22-1050 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 12, 2022, Minute Order, Plaintiff National Student Legal Defense Network and Defendant U.S. Department of Education ("Defendant" or the "Agency"), by and through their respective undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case. The parties report as follows:

1. This case involves seven FOIA requests submitted by Plaintiff to Defendant between June and December 2021 seeking records relating to the Agency's enforcement and oversight actions regarding collections practices against student borrowers and institutions. *See* ECF No. 1 ¶ 3.

2. Defendant timely answered Plaintiff's Complaint on May 25, 2022, ECF No. 7, and the parties filed their most recent joint status report on January 3, 2023. ECF No. 14.

3. The Agency previously reported that it had processed all potentially responsive records and had completed its initial productions to Plaintiff.

4. Plaintiff completed review of the initial productions and identified areas where it believed additional productions may be required. Plaintiff communicated these areas to the Agency on September 1, 2022.

5. On November 3, 2022, the Agency communicated that it was investigating the issues raised by Plaintiff. The Agency has continued its investigation into those matters.

6. As previously reported, the Agency provided its response to the issues raised by Plaintiff on January 3, 2023. Plaintiff is currently reviewing that response to determine any additional requests, and the parties are working in good faith to determine any additional steps necessary to resolve this matter.

7. The parties are continuing to cooperate in good faith in resolving the outstanding issues and propose to file a further Joint Status Report by May 5, 2023, advising the Court of the status of the productions and proposing further proceedings as appropriate.

*   *   *

Dated:  March 6, 2023                    Respectfully submitted,

/s/  *Eric Rothschild*
Eric Rothschild, D.C. Bar #1048877
National Student Legal Defense Network
1701 Rhode Island Ave., NW.
Washington, D.C.  20036
Telephone: (202) 734-7495
eric@defendstudents.org

*Counsel for Plaintiff*

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:      */s/ Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for Defendant*

3