UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>　　Civil Action No. 22-1050 (CKK)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's July 12, 2022, Minute Order, Plaintiff National Student Legal

Defense Network and Defendant U.S. Department of Education ("Defendant" or the "Agency"),

by and through their respective undersigned counsel, respectfully submit this Joint Status Report

in this Freedom of Information Act ("FOIA") case.   The parties report as follows:

1.      This case involves seven FOIA requests submitted by Plaintiff to Defendant

between June and December 2021 seeking records relating to the Agency's enforcement and

oversight actions regarding collections practices against student borrowers and institutions.  *See*

ECF No. 1 ¶ 3.

2.      Defendant timely answered Plaintiff's Complaint on May 25, 2022, ECF No. 7,

and the parties filed their most recent joint status report on May 5, 2023. ECF No. 18.

3.      As previously reported, the Agency completed its initial productions to Plaintiff,

who reviewed and responded on September 1, 2022, with areas where it believed additional

productions may be required.

4.      Also as previously reported, the Agency communicated that it was investigating the issues raised by Plaintiff on November 3, 2022, and provided its response to the issues raised by Plaintiff on January 3, 2023.

5.      Plaintiff is currently reviewing that response to determine any additional requests, and, as previously reported, the parties have agreed to work in good faith to determine any additional steps necessary to resolve this matter.

6.      The parties are continuing to cooperate in good faith in resolving the outstanding issues and propose to file a further Joint Status Report by September 5, 2023, advising the Court of the status of the productions and proposing further proceedings as appropriate.

*      *      *

Dated:  July 5, 2023                          Respectfully submitted,

                                              /s/  Eric Rothschild
                                              Eric Rothschild, D.C. Bar #1048877
                                              National Student Legal Defense Network
                                              1701 Rhode Island Ave., NW.
                                              Washington, D.C.  20036
                                              Telephone: (202) 734-7495
                                              eric@defendstudents.org

                                              *Counsel for Plaintiff*

                                              MATTHEW M. GRAVES
                                              D.C. Bar No. #481052
                                              United States Attorney

                                              BRIAN P. HUDAK
                                              Chief, Civil Division

                              By:    */s/ Kartik N. Venguswamy*
                                      KARTIK N. VENGUSWAMY
                                      D.C. Bar No. #983326
                                      Assistant United States Attorney
                                      601 D Street, NW
                                      Washington, D.C. 20530
                                      Tel: (202) 252-1790
                                      kartik.venguswamy@usdoj.gov

                                      *Counsel for Defendant*