UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-1050 (CKK)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 12, 2022, Minute Order, Plaintiff National Student Legal Defense Network and Defendant U.S. Department of Education ("Defendant" or the "Agency"), by and through their respective undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.  The parties report as follows:

1. This case involves seven FOIA requests submitted by Plaintiff to Defendant between June and December 2021 seeking records relating to the Agency's enforcement and oversight actions regarding collections practices against student borrowers and institutions. *See* ECF No. 1 ¶ 3.

2. Defendant timely answered Plaintiff's Complaint on May 25, 2022, ECF No. 7, and the parties filed their most recent joint status report on May 5, 2023. ECF No. 18.

3. As previously reported, the Agency completed its initial productions to Plaintiff, who reviewed and responded on September 1, 2022, with areas where it believed additional productions may be required.

4. Also as previously reported, the Agency communicated that it was investigating the issues raised by Plaintiff on November 3, 2022, and provided its response to the issues raised by Plaintiff on January 3, 2023.

5. Plaintiff has now completed review of the final response and the productions, and the Parties believe that they are prepared to close the matter, with a joint stipulation of dismissal to follow.

6. The Parties propose to file a further Joint Status Report—if necessary—by November 7, 2023, advising the Court of the status of the matter and a timeline to resolve this matter.

\* \* \*

Dated: September 5, 2023     Respectfully submitted,

/s/ *Eric Rothschild*
Eric Rothschild, D.C. Bar #1048877
National Student Legal Defense Network
1701 Rhode Island Ave., NW.
Washington, D.C. 20036
Telephone: (202) 734-7495
eric@defendstudents.org

*Counsel for Plaintiff*

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ *Kartik N. Venguswamy*
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for Defendant*

3